Camille SAUM, Plaintiff,

v.

**AMERICAN UNIVERSITY,
et al., Defendants.**

**No. CIV.A. 02–0349(ESH).**

United States District Court,
District of Columbia.

Sept. 10, 2003.

Shannon Patricia Keniry, Tracy Diana Rezvani, Finkelstein, Thompson, Loughran, Richard Sanford Lewis, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., for Plaintiff.

Mitchell E. Zamoff, Hogan & Hartson, L.L.P., Joel E. Wilson, U.S. Attorney's Office, Claes H. Lewenhaupt, U.S. Department of Justice, Washington, DC, for Defendants.

### ORDER

HUVELLE, District Judge.

For the reasons stated in the Memorandum Opinion issued this date in *Loughlin v. United States,* Civil Action No. 02–0152, it is hereby

**ORDERED** that the United States' Motion to Dismiss based on the discretionary function exception [28–1] is **GRANTED**; it is

**FURTHER ORDERED** that the claims against the United States are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that all remaining claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**